No. 11-5995. Theodore Grange, Petitioner v. Southeastern Mechanical Services, Inc.

565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7778.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 269.

No. 11-5997. David R. Moreno, Petitioner v. James A. Yates, Warden.

565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7790.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5999. Ricardo Gonzalez, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.

565 U.S. 982, 132 S. Ct. 543, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7891.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 629 F.3d 1219.

No. 11-6011. Cynthia Clanton, Petitioner v. Schlegel Systems, Inc., et al.

565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7784, ▮▮▮▮

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-6013. Ereedius Gross, Petitioner v. Burl Cain, Warden.

565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7796.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 259.

No. 11-6015. David Schied, Petitioner v. Scott Snyder, et al.

565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7918, ▮▮▮▮

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6021. Robert Sapanara, Petitioner v. Todd Thomas, Warden.

565 U.S. 982, 132 S. Ct. 505, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7777.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6023. Lafair Smith, Petitioner v. Michael Bowersox, Superintendent, South Central Correctional Facility.

565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 356, 2011 U.S. LEXIS 7896.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.